

## NUMBER 13-14-00497-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**GUSTAVO LOPEZ MIRELES,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

**On Appeal from the 139th District Court
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Gustavo Lopez Mireles, attempts to appeal an order issued on August 14, 2014, denying his request for a court of inquiry. We dismiss the appeal for lack of jurisdiction.

A court of inquiry is a criminal proceeding authorized by and conducted according to Chapter 52 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. arts. 52.01-.09. When a district judge, acting in his capacity as magistrate, has probable cause to believe that an offense has been committed against the laws of this state, he or she may request that the presiding judge of the administrative judicial district appoint a district judge to commence a court of inquiry. TEX. CODE CRIM. PROC. art. 52.01(a). The appointed judge may summon and examine any witness in relation to the offense in accordance with the procedural rules established in Chapter 52. *Id.* If it appears from a court of inquiry that an offense has been committed, the judge shall issue a warrant for the arrest of the offender as if the complaint had been made and filed. TEX. CODE CRIM. PROC. art. 52.08.

A party may appeal only that which the Legislature has authorized. *Olowosuko v. State*, 826 S.W.2d 940, 941 (Tex. Crim. App. 1992); *McCarver v. State*, 257 S.W.3d 512 (Tex. App.—Texarkana 2008, no pet.). Chapter 52 does not provide for an appeal from the judge's determination. *In re Court of Inquiry,* 148 S.W.3d 554, 555 (Tex. App.-El Paso 2004, no pet.). Accordingly, this appeal is DISMISSED for lack of jurisdiction. All pending motions are DISMISSED as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of October, 2014.

2